

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00816-CR

Ray **HERNANDEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2023CR0330
Honorable Jennifer Peña, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE MCCRAY, AND JUSTICE MEZA

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION.

SIGNED September 17, 2025.

_____
Rebeca C. Martinez, Chief Justice